**Motion Granted; Order filed August 20, 2013.**



In The

# Fourteenth Court of Appeals

——————————

## NO. 14-13-00101-CR

——————————

**JORGE GUERRERO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 338th District Court
Harris County, Texas
Trial Court Cause No. 1354948**

## ORDER

Appellant filed a motion to supplement the reporter's record in this case with the reporter's record from the waiver of jurisdiction hearing that occurred cause number 201-00331J in the 314th Juvenile District Court on July 18, 2012 and all other hearings that occurred in that juvenile court cause. The motion is granted.

We order Julia Rangel, the official court reporter for the 314th District Court, to file the above-referenced record in this appeal **within 30 days** of the date of this order.

PER CURIAM